**IT IS ORDERED as set forth below:**



Date: June 5, 2024

_____
Susan D. Barrett
United States Bankruptcy Judge
Southern District of Georgia

_____

UNITED STATES BANKRUPTCY COURT
Southern District of Georgia
Augusta Division

In re:

Sharon Regina Marshal
*Debtor.*

Case: 24-10351

Chapter: 13

Judge Susan D. Barrett

ORDER

Inasmuch as Debtor has had one prior case under Chapter 13 of the Bankruptcy Code which was pending within a twelve month period prior to the filing of the instant case, § 362(c)(3)(A) provides that the automatic stay shall terminate with respect to Debtor on the thirtieth day after filing. Although there is a presumption that one-time refilers have not filed in good faith, they are permitted to overcome the presumption.

Pursuant to 11 U.S.C. § 362(c)(3) after notice to all parties in interest and no responses having been filed [or any such responses having been resolved] *SDB*, IT IS ORDERED that the automatic stay of 11 U.S.C. § 362 is extended and remains in full force and effect.

[END OF DOCUMENT]

Order Prepared by:
*/s/ Kathryn A. Brow Aho*
Kathryn A. Brow Aho (GA Bar #: 425482)
Attorney for Debtor
3574 Riverwatch Parkway